*Prepared by:*

Mark D. Tolman (10793)
Larissa Lee (15657)
JONES WALDO HOLBROOK & MCDONOUGH, PC
170 S. Main Street, Suite 1500
Salt Lake City, UT 84101
(801) 521-3200
mtolman@joneswaldo.com
llee@joneswaldo.com

*Attorneys for Defendant*
*Blue Cross and Blue Shield of North Carolina*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION (SOUTHERN REGION)

| | |
|---|---|
| N.E., individually and on behalf of H.E. a minor,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE CROSS BLUE SHIELD OF NORTH CAROLINA,<br><br>Defendant. | Case No. 4:21-cv-00056-DN-PK<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE AN OVERLENGTH MOTION TO TRANSFER VENUE**<br><br>Judge David Nuffer |

Before the Court is a Motion for Leave to File an Overlength Motion to Transfer Venue [ECF X] filed by defendant Blue Cross and Blue Shield of North Carolina ("Blue Cross NC").

Having considered the Motion, and for good cause shown, the Court GRANTS that Motion. Blue Cross NC may file a Motion to Transfer Venue not to exceed a total of 13 pages, excluding the face sheet, table of contents, table of authorities, signature block, and exhibits.

1753474.1

DATED: August __, 2021.

BY THE COURT:

_____

Judge David Nuffer